SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| KATHRANE MARIE HUNT,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: 2:19-cv-00421-AC<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of October 3, 2019.

This extension (30 days) is requested because the brief writer has an extremely heavy briefing calendar and the transcript is extremely large, therefore, she will need additional time to review the transcript prior to filing the Motion for Summary Judgment.

///

| | | |
|---|---|---|
| DATED: September 4, 2019 | | */s/ Shellie Lott* |
| | | Shellie Lott |
| | | Attorney for Plaintiff |

DATED: September 4, 2019    McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

*/s/ Ben A. Porter*
BEN A. PORTER,
(As authorized via Phone by
 Theophous Reagans on 9/3/19)
Special Assistant U S Attorney
Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| KATHRANE MARIE HUNT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:19-cv-00421-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

    Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

    Plaintiff shall file her Motion for Summary Judgment/Remand on or before October 3, 2019.

    SO ORDERED.

DATED: September 4, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE