MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL CA. Bar No. 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE MARIE HUNT,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-00421-AC<br><br>STIPULATION AND PROPOSED ORDER FOR 1ST EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from November 2, 2019, to December 2, 2019.  This is Defendant's first request for an extension of time.  Defendant respectfully requests this additional time as Defendant's counsel will be out of the country when Defendant's brief comes due.  The parties further stipulate that the Court's scheduling Order be modified accordingly.

Stip Ext. & Proposed Order - 2:19-cv-00421-AC   -1-

Dated: October 22, 2019     /s/ *Shellie Lott**
SHELLIE LOTT
Attorney for Plaintiff
(*as authorized via e-mail on October 22, 2019)

Dated: October 22, 2019     Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Ben A. Porter*
BEN A PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: October 24, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE